**December 5, 1997**

| | | |
|---|---|---|
| 20178 | FC–S NO. 96–04264, In Interest of; FC–S NO. 96–4287, In the Interest of; FC–S NO. 96–04285, In Interest of; FC–S NO. 96–04286, In Interest of | Affirmed |
| 20107 | State v. Kaohi | Affirmed |
| 20553 | State v. Pagan | Affirmed |

**December 9, 1997**

| | | |
|---|---|---|
| 20517 | FC–S NO. 94–03270, In Interest of | Affirmed |
| 20043 | State v. Ferreira | Affirmed |

**December 10, 1997**

| | | |
|---|---|---|
| 20449 | Williams v. Silla | Affirmed |

**December 16, 1997**

| | | |
|---|---|---|
| 20678 | Doe, (S.C. No. 20678) In Interest of; Doe, (S.C. No. 20688) In Interest of | Affirmed |
| 20341 | Hamakua Housing Corp. v. Mason | Affirmed |

**December 17, 1997**

| | | |
|---|---|---|
| 20673 | Dibianco v. Simpliciano | Affirmed |
| 20057 | Silva v. Hawaii County Police | Affirmed |
| 19799 | State v. Acosta | Affirmed |
| 20485 | State v. Elisha | Affirmed |
| 20322 | State v. Valoroso | Affirmed |
| 20285 | State v. Woodard | Affirmed |

**December 18, 1997**

| | | |
|---|---|---|
| 20538 | State v. Duering | Affirmed |

**December 19, 1997**

| | | |
|---|---|---|
| 19765 | Baehr v. Miike | Affirmed |
| 19598 | Carlisle v. Carcano | Affirmed |

**December 19, 1997**

| | | |
|---|---|---|
| 19765 | Baehr v. Miike | Affirmed |

**December 24, 1997**

| | | |
|---|---|---|
| 20143 | State v. Hashimoto | Affirmed |

**December 31, 1997**

| | | |
|---|---|---|
| 19796 | State v. Dicks | Affirmed |
| 19801 | Yi v. Hilton Hawaiian Village | Affirmed |

**January 6, 1998**

| | | |
|---|---|---|
| 19229 | Kutsch v. County of Maui; County of Maui v. Hyatt Corp. | Affirmed |